IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOWER HEALTH, f/k/a READING           :
HEALTH SYSTEM; PI ONE, LLC, n/k/a     :
BRANDYWINE HOSPITAL, LLC; PI TWO,     :
LLC, n/k/a CHESTNUT HILL HOSPITAL,    :
LLC; PI THREE, LLC, n/k/a             :
JENNERSVILLE HOSPITAL, LLC; PI FOUR,  :
LLC, n/k/a PHOENIXVILLE HOSPITAL,     :
LLC; PI FIVE, LLC, n/k/a POTTSTOWN    :
HOSPITAL, LLC; PI SIX, LLC, n/k/a     :
TOWER HEALTH ENTERPRISES, LLC; and    :
PI SEVEN, LLC, n/k/a TOWER HEALTH     :
MEDICAL GROUP HOLDING COMPANY,        :
LLC,                                  :
                                      :
                Plaintiffs,           :          CIVIL ACTION NO. 19-2782
                                      :
        v.                            :
                                      :
CHS COMMUNITY HEALTH SYSTEMS,         :
INC.; PENNSYLVANIA HOSPITAL           :
COMPANY, LLC; and POTTSTOWN           :
HOSPITAL COMPANY, LLC,                :
                                      :
                Defendants.           :

## ORDER

**AND NOW**, this 21st day of June, 2021, trial having concluded in this matter, and after a

telephone conference with counsel, it is hereby **ORDERED** that all outstanding motions in limine

(Doc. Nos. 102, 144, 152, 154, 155, 157, 174) are **DENIED AS MOOT** subject to rulings made

pretrial and during the course of the trial.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.