IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOWER HEALTH, f/k/a READING HEALTH SYSTEM; PI ONE, LLC, n/k/a BRANDYWINE HOSPITAL, LLC; PI TWO, LLC, n/k/a CHESTNUT HILL HOSPITAL, LLC; PI THREE, LLC, n/k/a JENNERSVILLE HOSPITAL, LLC; PI FOUR, LLC, n/k/a PHOENIXVILLE HOSPITAL, LLC; PI FIVE, LLC, n/k/a POTTSTOWN HOSPITAL, LLC; PI SIX, LLC, n/k/a TOWER HEALTH ENTERPRISES, LLC; and PI SEVEN, LLC, n/k/a TOWER HEALTH MEDICAL GROUP HOLDING COMPANY, LLC, | : : : : : : : : : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 19-2782 |
| v. | : : : | |
| CHS COMMUNITY HEALTH SYSTEMS, INC.; PENNSYLVANIA HOSPITAL COMPANY, LLC; and POTTSTOWN HOSPITAL COMPANY, LLC, | : : : : : | |
| Defendants. | : | |

**ORDER & JUDGMENT**

**AND NOW**, this 6th day of Septmber, 2022, after a non-jury trial before the undersigned from May 3, 2021 through June 11, 2021; and after considering the record presented during the non-jury trial and the parties' submissions (Doc. Nos. 151, 158, 170, 171, 245, 246, 247, 248, 253, 254, 255, 256, 257); and for the reasons set forth in the court's separately filed memorandum opinion, it is hereby **ORDERED** as follows:

    1.    The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the undersigned's active docket;

2. Regarding the causes of action in the amended complaint (Doc. No. 19), judgment is **ENTERED** in favor of the defendants, CHS/Community Health Systems, Inc.; Pennsylvania Hospital Company, LLC; and Pottstown Hospital Company, LLC, and against the plaintiffs, Tower Health f/k/a Reading Health System; PI One, LLC, n/k/a Brandywine Hospital, LLC; PI Two, LLC, n/k/a Chestnut Hill Hospital, LLC; PI Three, LLC, n/k/a Jennersville Hospital, LLC; PI Four, LLC, n/k/a Phoenixville Hospital, LLC; PI Five, LLC n/k/a Pottstown Hospital, LLC; PI Six, LLC, n/k/a Tower Health Enterprises, LLC; and PI Seven, LLC, n/k/a Tower Health Medical Group Holding Company, LLC; and

3. Concerning the cause of action in the counterclaim (Doc. No. 29), judgment is **ENTERED** in favor of the defendants and against the plaintiffs;

4. The defendants shall file a motion for attorney's fees within **thirty (30) days** from the date of this order in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and this court's Local Civil Rules; and

5. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.